

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00237-CV

**IN THE INTEREST OF A.M.H.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019EM503235
Honorable Monique Diaz, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice

Delivered and Filed: June 25, 2025

DISMISSED FOR LACK OF JURISDICTION

This is an appeal in a suit affecting the parent-child relationship. Appellant's notice of appeal indicates that she wishes to challenge a judgment signed on March 13, 2025. The clerk's record contains a March 13, 2025 order entitled "Interim Temporary Orders for Modification of Parent-Child Relationship," but it does not contain any other orders or judgments signed on or near that date. In response to an inquiry from this court, the district clerk confirmed that the trial court has not signed a final judgment or order in this case.

This court's appellate jurisdiction is generally limited to review of: (1) final judgments that dispose of all parties and all claims; and (2) certain interlocutory orders made appealable by statute. *See, e.g.*, *CMH Homes v. Perez*, 340 S.W.3d 444, 447 (Tex. 2011). The March 13, 2025 order does

not dispose of all parties and claims. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Additionally, temporary orders issued in family law cases "are not subject to interlocutory appeal." TEX. FAM. CODE § 105.001(e). Because the record in this case does not contain an appealable order or judgment, we ordered appellant to show cause in writing by May 29, 2025 why this appeal should not be dismissed for lack of jurisdiction.

Appellant did not respond to our order. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM